TITLE: __KILEY____-VS- COUNTY OF NASSAU_____

PLTFFS ATTY: **WILLIAM JORDAN**_____
      X present     ____ not present

      ____ present     ____ not present

      ____ present     ____ not present

DEFTS ATTY: **CARL SANDEL**_____
      X present     ____ not present

      ____ present     ____ not present

      ____ present     ____ not present

COURT REPORTER: MARY ANN STEIGER   COURTROOM DEPUTY: Brian Ketcham

OTHER: _____

 X   CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO_____.

___   DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** TERMS OF SETTLEMENT PLACED ON THE RECORD; THE CLERK IS DIRECTED TO MARK THIS CASE CLOSED WITH LEAVE TO RE-OPEN ON TEN (10) DAYS NOTICE BY EITHER PARTY SHOULD SETTLEMENT NOT BE CONSUMMATED.